### STATE v. BLODGET.

On an information for a forgery, the person in whose name it is charged to be done, cannot be a witness.

Ordinarily, the writing is to be produced before the evidence is taken to the forgery.

INFORMATION for forging a discharge. The defendant plead not guilty. Issue to the jury.

Smith, in whose name said discharge was given, was offered a witness, but not admitted. See State v. Brownson, Litchfield, August Term, A. D. 1791.

By the COURT. In ordinary cases the writing charged to be a forgery, must be produced in court, before any evidence can be admitted concerning the facts. The attorney for the state not being able to produce the writing entered a *nol. pros.* See State v. Osborn, New Haven, January Term, A. D. 1790.